08-5340-cv
Shahid v. The City of New York

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO SUMMARY ORDERS FILED AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY THIS COURT'S LOCAL RULE 32.1 AND FEDERAL RULE OF APPELLATE PROCEDURE 32.1. IN A BRIEF OR OTHER PAPER IN WHICH A LITIGANT CITES A SUMMARY ORDER, IN EACH PARAGRAPH IN WHICH A CITATION APPEARS, AT LEAST ONE CITATION MUST EITHER BE TO THE FEDERAL APPENDIX OR BE ACCOMPANIED BY THE NOTATION: (SUMMARY ORDER). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF THAT SUMMARY ORDER TOGETHER WITH THE PAPER IN WHICH THE SUMMARY ORDER IS CITED ON ANY PARTY NOT REPRESENTED BY COUNSEL UNLESS THE SUMMARY ORDER IS AVAILABLE IN AN ELECTRONIC DATABASE WHICH IS PUBLICLY ACCESSIBLE WITHOUT PAYMENT OF FEE (SUCH AS THE DATABASE AVAILABLE AT HTTP://WWW.CA2.USCOURTS.GOV/). IF NO COPY IS SERVED BY REASON OF THE AVAILABILITY OF THE ORDER ON SUCH A DATABASE, THE CITATION MUST INCLUDE REFERENCE TO THAT DATABASE AND THE DOCKET NUMBER OF THE CASE IN WHICH THE ORDER WAS ENTERED.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 17th day of December , two thousand nine.

PRESENT:
> PIERRE N. LEVAL,
> PETER W. HALL,
> DEBRA ANN LIVINGSTON,
> *Circuit Judges*.

_____

Abdus Shahid,

*Plaintiff-Appellant*,

v.                                                                          08-5340-cv

The City of New York,

Defendant-Appellee.

_____

FOR PLAINTIFF-APPELLANT:          Abdus Shahid, *pro se,* Brooklyn, New York.

FOR DEFENDANT-APPELLEE:          Susan Paulson, Assistant Corporation Counsel, The City of New York Law Department, New York, New York.

**UPON DUE CONSIDERATION, it is hereby ORDERED, ADJUDGED AND DECREED** that the judgment of the district court is **AFFIRMED**.

Plaintiff-Appellant Abdus Shahid, *pro se*, appeals from the judgment of the United States District Court for the Southern District of New York (Crotty, *J.*), granting summary judgment to Appellee on Appellant's discrimination claims. We assume the parties' familiarity with the facts and procedural history.

We review orders granting summary judgment *de novo* and focus on whether the district court properly concluded that there was no genuine issue as to any material fact and the moving party was entitled to judgment as a matter of law. *Miller v. Wolpoff & Abramson, L.L.P.*, 321 F.3d 292, 300 (2d Cir. 2003). Having conducted an independent and *de novo* review, we conclude, for substantially the same reasons stated by the district court, that Appellant did not demonstrate that Appellee's non-discriminatory, legitimate business reasons for the alleged discriminatory employment actions were a pretext for discrimination. *See Tex. Dep't of Cmty. Affairs v. Burdine*, 450 U.S. 248, 254-55 (1981); *McDonnell Douglas Corp. v. Green*, 411 U.S. 792, 802-04 (1973); *see also Fisher v. Vassar Coll.*, 70 F.3d 1420 (2d Cir. 1995).

We have considered Appellant's remaining claims and find them to be without merit. For the reasons stated above, the judgment of the district court is **AFFIRMED**.

FOR THE COURT:

Catherine O'Hagan Wolfe, Clerk


By:_____

2